892

Gessner T. McCORVEY et al., Appellants,

v.

Autherine J. LUCY et al., Appellees.

No. 20898.

United States Court of Appeals
Fifth Circuit.

March 13, 1964.

Andrew J. Thomas, Frontis H. Moore, Samuel H. Burr, Birmingham, Ala., Moore, Thomas, Taliaferro, Forman & Burr, Birmingham, Ala., of counsel, for appellants.

Fred D. Gray, Montgomery, Ala., Constance Baker Motley, New York City, Arthur D. Shores, Birmingham, Ala., Jack Greenberg, Leroy D. Clark, George B. Smith, Frank H. Heffron, New York City, for appellees Vivian J. Malone, et al.

Charles Morgan, Jr., Alexandria, Va., for appellees Marvin P. Carroll and Dave M. McGlathery.

Before MAGRUDER,* JONES and GEWIN, Circuit Judges.

PER CURIAM.

The judgment of the district court, D.C., 224 F.Supp. 79, is

Affirmed.

Earl WILLIAMS

v.

UNITED STATES.

No. 17167.

United States Court of Appeals
Eighth Circuit.

Feb. 20, 1964.

Edwin L. Zohner, St. Louis, Mo., for appellant.

Richard D. FitzGibbon, Jr., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed as frivolous on basis of our opinion in 8 Cir., 328 F.2d 256.

* Senior Circuit Judge of the First Circuit, sitting by designation.